B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## MASSACHUSETTS

In re  Technology Container Corp., 
     Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pratt Industries 3300 High River Road Fort Worth, TX 76155 | | | This claim is unliquidated. | $1,215,740.19 |
| Rock Tenn 51 Independence Drive Devens, MA 01432 | | | This claim is unliquidated. | $1,022,201.52 |
| New England Sheets 36 Saratoga Blvd Devens, MA 01434 | | | This claim is unliquidated. | $940,241.00 |
| Texcorr, L.P. 200 Butcher Road (FM387) Waxahachie, TX 75165 | | | This claim is unliquidated. | $550,735.43 |
| CSA Transportation 10847 Poplar Avenue Fontana, CA 92337 | | | This claim is unliquidated. | $320,619.10 |
| HW Staffing Solutions PO Box 517 South Easton, MA 02375-0157 | | | This claim is unliquidated. | $213,479.21 |

B 4 (Official Form 4) (12/07)

| Creditor | | | | Amount |
|---|---|---|---|---|
| People's Capital and Leasing<br>255 Bank Street, 4th Floor<br>Waterbury, CT 06702 | None | | This claim is unliquidated. | $186,848.86 |
| FED EX Freight<br>PO Box 223125<br>Pittsburgh, PA 15250-2125 | | | This claim is unliquidated. | $155,002.48 |
| South Texas Lighthouse for the Blind<br>4421 Agnes Street<br>PO Box 9697<br>Chorpus Christi, TX 78469 | | | This claim is unliquidated. | $121,094.17 |
| XPO Logistics<br>13777 Ballantyne Corporate Place<br>Charlotte, NC 28277 | | | This claim is unliquidated. | $119,799.37 |
| New England Wooden Ware Corp.<br>205 School Street<br>Suite 201<br>Gardner, MA 01440-2781 | | | This claim is unliquidated. | $107,593.31 |
| American Express<br>PO Box 53765<br>Phoenix, AZ 85072-9945 | | | This claim is unliquidated. | $99,707.00 |
| Pro Staff/Atterro Human Capital Group<br>651 Nicollett Mall<br>Suite 525<br>Minneapolis, MN 55402 | | | This claim is unliquidated. | $99,360.01 |
| DLS Worldwide<br>PO Box 730440<br>Dallas, TX 75373--0440 | | | This claim is unliquidated. | $85,958.68 |

B 4 (Official Form 4) (12/07)

| Creditor | | Claim Status | Amount |
|---|---|---|---|
| J V Plastics, Inc.<br>2723 S. GSW Parkway<br>Grand Prairie, TX 75052 | | This claim is unliquidated. | $69,676.00 |
| Gringeri Bros Transportations Inc.<br>8 Park Avenue<br>Hudson, NH 03051 | | This claim is unliquidated. | $53,521.25 |
| BNSF Logistics, LLC<br>75 Remittance Drive<br>Suite 1767<br>Chicago, IL 60675-1767 | | This claim is unliquidated. | $39,079.73 |
| TXU Energy<br>PO Box 650638<br>Dallas, TX 75265-0638 | | This claim is unliquidated. | $37,407.59 |
| Pronto Delivery Service<br>7420 S. Cooper<br>Arlington, TX 76001 | | This claim is unliquidated. | $36,677.05 |
| San Antonio Sheets<br>610 Pop Gunn Drive<br>San Antonio, TX 78219 | | This claim is unliquidated. | $33,422.29 |

Date: Feb 20, 2015

Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Fred Dowd, the president of Technology Container Corp. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: Feb 20, 2015

Fred Dowd, President